COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Bob Deuell v. Texas Right to Life Committee, Inc.

Appellate case number:    01-15-00617-CV

Trial court case number:  2014-32179

Trial court:              152nd District Court of Harris County

On March 24, 2016, following oral argument, the Court ordered the parties to attempt to resolve the underlying dispute by mediation pursuant to section 154.021 of the Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE § 154.021. Appellant Bob Deuell has filed an objection to the mediation order, appellee Texas Right to Life Committee, Inc. has filed a response, and appellant has filed a reply.

Appellant's objection is **overruled**. *See* TEX. CIV. PRAC. & REM. CODE § 154.022 (court will withdraw mediation order if it finds basis for objection to mediation is reasonable); *see also Decker v. Lindsay*, 824 S.W.2d 247, 249–50 (Tex. App.—Houston [1st Dist.] 1992, no pet.) (court cannot force disputants to peaceably resolve their differences, but can compel them to sit down with each other; no abuse of discretion in overruling objection to mediation where party objected based on belief that mediation would not resolve lawsuit). The deadline for the parties to file a completed "Parties' Notification to Court of Mediator" is extended to April 15, 2016. All other deadlines in this Court's March 24, 2016 order remain in place. The parties are ordered to proceed and comply with the mediation timetable as set forth in the March 24, 2016 order.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court


Date: April 8, 2016